[No. 26741-1-II. Division Two. January 18, 2002.]

BRON LINDGREN, *Appellant*, v. INTERCITY TRANSIT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-00330-4, Richard A. Strophy, J., entered December 1, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26911-2-II. Division Two. January 18, 2002.]

JOHN L. JACKSON, *Appellant*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-00608-7, Gary Tabor, J., entered January 5, 2001. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 27640-2-II. Division Two. January 18, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. JUAN DANIEL QUINTANA-VILLALOBOS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-02395-2, Kathryn J. Nelson, J., entered July 31, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 19648-8-III. Division Three. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GLEN HAROLD GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-02510-1, Tari S. Eitzen, J., entered November 14, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.